# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| JOSEPH NISSIM MARTEL AND ESTER MARTEL, HUSBAND AND WIFE, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | : : : : : : | No. 280 WAL 2019<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| Petitioners | : : : : | |
| v. | : : : : | |
| ALLEGHENY COUNTY, CITY OF PITTSBURGH, PITTSBURGH PUBLIC SCHOOLS, AND ALLEGHENY COUNTY BOARD OF ASSESSMENT APPEALS AND REVIEW, | : : : : : : : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of January, 2020, the Petition for Allowance of Appeal is **DENIED**.